# BakerHostetler

**RECEIVED**
**JUN 25 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Baker&Hostetler LLP

2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

Kevin M. Bovard
direct dial: 215.564.2727
KBovard@bakerlaw.com

June 25, 2019

**CV 19 80169 MISC**

KAW

**VIA HAND DELIVERY**

Clerk of Court
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re:   Digital Millennium Copyright Act Subpoena on behalf of Shanghai Kuanyu Digital Technology Co., Ltd. (d/b/a Bilibili)
       Client-Matter #: 108270.0000036

Dear Sir or Madam:

I represent Shanghai Kuanyu Digital Technology Co., Ltd. (d/b/a Bilibili). I respectfully request that the Clerk issue a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C § 512(h).

The DMCA provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer...." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, a copyright owner shall file with the clerk:

(A) A copy of a DMCA takedown notification sent to and accepted by GitHub.com;

(B) A proposed subpoena; and

(C) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

17 U.S.C. § 512(h)(2). The clerk shall then expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider. 17 U.S.C. § 512(h)(4).

Clerk of Court
June 25, 2019
Page 2

  Attached for filing with the Clerk are the notification made pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. I also enclose a $47.00 check for the Court's filing fee and a self-addressed Federal Express envelope for return of the signed subpoena. Because all of the requirements are met for a subpoena to issue, I respectfully request that this Court issue and sign the proposed subpoena and return it to me.

  Please see the attached DMCA takedown notification for more details regarding the alleged infringement.

        Sincerely,

        Kevin M. Bovard

KMB/si
Enclosure